```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

**UNITED STATES OF AMERICA**                                         PLAINTIFF

   V.                              NO. 09-2116

**523 SHARP CHAPEL ROAD, ALMA,**
**ARKANSAS, WITH ALL APPURTENANCES**
**AND IMPROVEMENTS THEREIN;**

**1330 SHARP CHAPEL ROAD, ALMA,**
**ARKANSAS, WITH ALL APPURTENANCES**
**AND IMPROVEMENTS THEREIN;**

**2504 HIGHWAY 64 EAST, LAMAR,**
**ARKANSAS, WITH ALL APPURTENANCES**
**AND IMPROVEMENTS THEREIN;**

**1009 WEST MAIN STREET, ATKINS,**
**ARKANSAS, WITH ALL APPURTENANCES**
**AND IMPROVEMENTS THEREIN;**

**161 KYLER ROAD, BATESVILLE,**
**ARKANSAS, WITH ALL APPURTENANCES**
**AND IMPROVEMENTS THEREIN;**

**7341 US HIGHWAY 183 NORTH, GONZALES,**
**TEXAS, WITH ALL APPURTENANCES**
**AND IMPROVEMENTS THEREIN**                                         DEFENDANTS

### O R D E R

Now on this 12th day of November 2010, comes on for consideration the Government'S **Motion to Dismiss** (Doc. 6), in which the Government states that all of the real properties named herein have either been forfeited or dismissed in other actions and there is nothing further before the Court that involves these properties. The Court, being well and sufficiently advised, finds that good cause exists to dismiss this case.

**IT IS THEREFORE ORDERED** that the Government'S **Motion to Dismiss** (Doc. 6) is hereby **GRANTED** and this case is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

<u>/s/JIMM LARRY HENDREN</u>
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**